

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>Fernando A. Neiva<br>　　　　　　　　　　Debtor(s)<br>_____<br>Fernando A. Neiva<br>　　　　　　　　　　Plaintiff(s)<br>　　v.<br>LoanCare, LLC; Patriot Auctioneers, LLC; Sullivan & Sullivan Auctioneers, LLC; David H. Wellons; and John Does 1-19<br>　　　　　　　　　　Defendant(s) | Ch. 13<br>23-40098<br><br><br>Adversary Proceeding:<br>23-4015 |

**Proceeding Memorandum and Order**

**MATTER:**
#19 Motion of Defendants LoanCare, LLC; Patriot Auctioneers, LLC; and Sullivan & Sullivan Auctioneers, LLC to Dismiss Adversary Proceeding

**Decision set forth more fully as follows:**
Denied in part and granted in part for the reasons set forth in open Court. The motion is GRANTED with respect to Counts VII and VIII; Counts VII and VIII are DISMISSED as to Loancare, LLC, Patriot Auctioneers, LLC, and Sullivan & Sullivan Auctioneers, LLC.  The motion is DENIED with respect to Counts II-VI.

With regard to Counts II through VI, the Court hereby STAYS any discovery or further action on those counts pending a final determination of Count I or further Court order.

The deadline for Loancare, LLC to file an answer to Count I is August 31, 2023. The deadline for filing dispositive motions is October 23, 2023. Objections to any dispositive motions must be filed within 21 days of the filing of the motion.

A pretrial hearing will be set for November 16, 2023 at 12:00 p.m. in Worcester, Courtroom 3. A hearing on any timely-filed dispositive motion will also be held on November 16, 2023.

Dated: 8/17/2023

By the Court,

*[signature]*

Elizabeth D. Katz
United States Bankruptcy Judge