UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| In Re: | ) ) | CHAPTER 13 |
|  | ) | CASE NO. 23-40098-EDK |
| FERNANDO A. NEIVA, | ) ) |  |
| Debtor | ) ) |  |
|  | ) |  |
| FERNANDO A. NEIVA, | ) ) |  |
| Plaintiff | ) ) ) |  |
| v. | ) |  |
| LOANCARE, LLC, PATRIOT AUCTIONEERS, LLC, SULLIVAN & SULLIVAN AUCTIONEERS, LLC, DAVID H. WELLONS, AND JOHN DOES #1-#19 | ) ) ) ) ) ) ) |  |
|  | ) | ADV. PROC. NO. 23-04015 |
| Defendants | ) ) ) |  |

## STIPULATION AND NOTICE OF DISMISSAL

To the Honorable Elizabeth D. Katz, United States Bankruptcy Judge:

Now comes the undersigned defendant, **DAVID H. WELLONS,** who has appeared in the above-entitled Adversary Proceeding, and hereby stipulates that dismissal without prejudice shall enter in in the above-entitled Adversary Proceeding, on all counts remaining on which judgment has not yet issued, without costs, without the right of appeal, pursuant to Fed. R. Bankr. P. 7041 and Fed. R. Civ. P. 41 (a)(1)(A)(ii). The plaintiff, Fernando A. Neiva, pursuant to Fed. R. Bankr. P. 7041, and Fed. R. Civ. P. 41(a)(1)(A) hereby dismisses all counts and causes of action whatsoever, without prejudice, and the undersigned parties also stipulate to same.

Respectfully submitted,

| The Defendant, | The Debtor/Plaintiff, |
|---|---|
| David H. Wellons | Fernando Neiva |
| *David Wellons* |  |
| 12C135C3CDCF4E0... |  |
| David H. Wellons | By his attorneys, |

/s/ Richard S. Ravosa
Richard S. Ravosa, Esquire
BBO No. 635846
massachusettsbankruptcycenter@gmail.com
Matthew M. Hamel, Esquire
BBO No. 697773
mhamel@ravosalaw.com
Massachusetts Bankruptcy Center
300 Commercial Street, Suite 2
Boston, MA 02109
(617) 720-1101 tel
(617) 720-1104 fax

Respectfully submitted,

Loancare, LLC,

By and through its Attorneys,

/s/ Jennifer L. Joubert
Jennifer L. Joubert, Esq.  (BBO#671032)
Marinosci Law Group, P.C.
275 West Natick Road, Ste. 500
Warwick, RI 02861
Telephone: (401) 234-9200
jjoubert@mlg-defaultlaw.com.
bkinquiries@mlg-defaultlaw.com

Respectfully submitted,

David H. Wellons

By and through his Attorney,

/s/ Barry A. Bachrach
Barry A. Bachrach, Esq.  (BBO# 025490)
Bachrach & Bachrach, P.C.
51 Union Street, Suite 202
Worcester, MA 01608
Tel. (508) 892-1533
bbachrach@bachrachandbachrach.com

Dated: April 30, 2024